435 F.2d 167
 James F. PROCTOR, Plaintiff-Appellant,
v.
SOUTHERN GREYHOUND LINES, INC., Etc., Defendant-Appellee.
 No. 29164.
 United States Court of Appeals, Fifth Circuit.
 Dec. 2, 1970.
 
 Charles Thomas Shad, Law Offices of S. Perry Penland, Jacksonville, Fla., for plaintiff-appellant.
 John Wilbur, Milam, Ramsay, Martin & Ade, Jacksonville, Fla., for defendant-appellee.
 Appeal from the United States District Court for the Middle District of Florida at Jacksonville; William A. McRae, Jr., District Judge.
 Before TUTTLE, DYER and SIMPSON, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 430 F.2d 966, (5 Cir., 1970)